# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| JOHNATHAN W. ZANER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 1:14-cv-1398-CLS-JEO |
| ) | |
| WARDEN GORDON and the ) | |
| ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This case is before the court on the petition for a writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254.[1] The magistrate judge entered a report and recommendation on May 15, 2017, recommending that the petition be denied and that this action be dismissed with prejudice.[2] No objections have been filed.

Having considered the entire record in action, the court finds that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and his recommendation is ACCEPTED. Accordingly, the petition for a writ of *habeas corpus* is due to be denied and this action dismissed with prejudice.

A final order consistent with this memorandum opinion will be entered.

---

[1] Doc. no. 1.

[2] Doc. no. 11.

DONE this 25th day of August, 2017.

_____
United States District Judge